## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SHANI STROTHERS | : | |
| DEBTOR(S) | : | BANKRUPTCY NO.: 15-15299 JKF |

### CERTIFICATE OF NO RESPONSE

    I, Michael A. Cohen, Esquire, counsel for the Debtor, do hereby certify that, June 30, 2016, service was made by first class U.S. mail, postage prepaid/ or by ECF, a true and correct copy of the Notice of Fee Application and the Fee Application upon creditors, Debtor, the Standing Trustee and the U.S. Trustee, per the certificate of service. Twenty-one days since The Order Dismissing and setting Deadline to file administrative claims has past, and no objection, notice or answer or other administrative claim has been filed or served upon undersigned counsel.

Date: July 22, 2016

By: <u>/s/ Michael A. Cohen</u>
       Michael A. Cohen, Esquire
       2113 Snyder Ave
       Philadelphia, PA 19145
       215-873-1159 fax 267-519-3506
       PA Bar #93044