# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-15299-JKF

SHANI STROTHERS

351 Bala Avenue

Bala Cynwyd, PA 19004

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHANI STROTHERS

351 Bala Avenue

Bala Cynwyd, PA 19004

Counsel for debtor(s), by electronic notice only.

MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145

Date: 8/26/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee