United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 15-15299-jkf
Shani Strothers                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 2              Date Rcvd: Feb 11, 2017
                            Form ID: pdf900        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db          +Shani Strothers,   351 Bala Avenue,   Bala Cynwyd, PA 19004-2736
cr          +U.S. Bank National Association,   Aldridge Pite, LLP,   4375 Jutland Dr Suite 200,
              San Diego, CA 92117-3600
13615321    +LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,   Nationstar Mortgage, LLC,
              P.O. Box 619096,   Dallas, TX 75261-9096
13570030   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Dr,
              Lewisville, TX 75067)
13570031    +Nationstar Mortgage LLC,   350 Highland,   Houston, TX 77009-6623
13570034    +Weinstein Pinson RileyLLC,   2001 Western Ave, #400,   Seattle, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Feb 11 2017 06:57:59     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 11 2017 06:56:48     Pennsylvania Department of Revenue,
              Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 11 2017 06:57:27     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13570026    +E-mail/Text: banko@berkscredit.com Feb 11 2017 06:56:05     Berks Credit & Coll,
              900 Corporate Dr,   Reading, PA 19605-3340
13570027     E-mail/Text: bankruptcy@phila.gov Feb 11 2017 06:57:59     City of Philadelphia,
              Law Department - Tax Unit,   One parkway Bldg,   1515 Arach St., 15th Fl,
              Philadelphia, PA 19102-1595
13660166    +E-mail/Text: bankruptcy@phila.gov Feb 11 2017 06:57:59
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   MUNICIPAL SERVICES BUILDING,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1617
13773445    +E-mail/Text: bankruptcy@phila.gov Feb 11 2017 06:57:59
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1617
13570028    +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 11 2017 06:58:37
              Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
13570029    +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 11 2017 06:58:37
              Credit Collections Svc,   Po Box 9134,   Needham, MA 02494-9134
13570032    +E-mail/Text: paul.cressman@phelanhallinan.com Feb 11 2017 06:58:21     Phelan Hallinan LLP,
              1617 JFK Blvd, Ste 1400,   Philadelphia, PA 19103-1814
13570033    +E-mail/Text: james.feighan@phila.gov Feb 11 2017 06:58:38     Water Revenue Bureau,
              1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            U.S. Bank National Association, as Trustee for
cr            U.S. Bank National Association, as Trustee for LEH
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Feb 11, 2017
                              Form ID: pdf900          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2017 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor    LEHMAN XS TRUST, Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    LEHMAN XS TRUST, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

        MICHAEL ADAM COHEN    on behalf of Debtor Shani  Strothers mcohen1@temple.edu

        THOMAS I. PULEO    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N, U.S. Bank National Association, as Trustee tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                      Chapter 13

15-15299JKF        SHANI STROTHERS

                        Debtor(s)

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:2/9/2017**

_____
**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**