# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SHANI STROTHERS | : | |
| DEBTOR(S) | : | BANKRUPTCY NO.: 15-15299 JKF |

## CERTIFICATE OF NO RESPONSE

I, Michael A. Cohen, Esquire, counsel for the Debtor, do hereby certify that, June 30, 2016, service was made by first class U.S. mail, postage prepaid/ or by ECF, a true and correct copy of the Notice of Fee Application and the Fee Application upon creditors, Debtor, the Standing Trustee and the U.S. Trustee, per the certificate of service.

The Order Dismissing and setting Deadline to file administrative claims was entered February 9, 2017 and Twenty-one days since has past, and no objection, notice or answer or other administrative claim has been filed or served upon undersigned counsel.

Date: March 3, 2017          By:    /s/ Michael A. Cohen
                                    Michael A. Cohen, Esquire
                                    2113 Snyder Ave
                                    Philadelphia, PA 19145
                                    215-873-1159 fax 267-519-3506
                                    PA Bar #93044