IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                    :          CHAPTER 13
SHANI STROTHERS                          :
DEBTOR(S)                     :          BANKRUPTCY NO.: 15-15299 JKF

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of

Expenses of Michael A. Cohen Esquire, Counsel for Debtor (the Application) and after Notice

and an opportunity to be heard having been given to the United States Trustee the Standing

Trustee, secured creditors in plan, and debtor, and a Certificate of No Response having been

filed, and good cause having been shown,

IT IS ORDERED THAT:

1.      The Fee Application is APPROVED; and

2.      Compensation for professional service rendered in the amount of <u>$2,500.00</u> and

reimbursement of expenses, in the amount of $0, are ALLOWED, and the standing Trustee shall

disburse the balance of fees due from the amount on hand of **$1,400.00** pursuant to the confirmed

plan and costs of $0 directly to Michael A. Cohen, Esq., Counsel for Debtor.

DONE AND ORDERED this_____ day of_____, 2016.

_____

**Date: March 6, 2017**            HONORABLE Jean FitzSimon
UNITED STATES BANKRUPTCY JUDGE

copies:

| Michael A. Cohen, Esquire<br>2113 Snyder Ave<br>Philadelphia, PA 19145 | William C. Miller<br>Chapter 13 Standing Trustee<br>111 S. Independence Mall, Suite 583<br>Philadelphia, PA 19106 | U.S. Trustee<br>833 Chestnut St, Suite 500<br>Philadelphia, PA 19107 |
|---|---|---|