United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shani Strothers  
     Debtor

Case No. 15-15299-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Mar 06, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2017.  
db           +Shani Strothers,    351 Bala Avenue,    Bala Cynwyd, PA 19004-2736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2017 at the address(es) listed below:  
           ANDREW F GORNALL     on behalf of Creditor    LEHMAN XS TRUST, Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
           JOSHUA ISAAC GOLDMAN     on behalf of Creditor    LEHMAN XS TRUST, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
           MICHAEL ADAM COHEN     on behalf of Debtor Shani    Strothers mcohen1@temple.edu  
           THOMAS I. PULEO     on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7N, U.S. Bank National Association, as Trustee tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SHANI STROTHERS | : | |
| DEBTOR(S) | : | BANKRUPTCY NO.: 15-15299 JKF |

## **ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Michael A. Cohen Esquire, Counsel for Debtor (the Application) and after Notice and an opportunity to be heard having been given to the United States Trustee the Standing Trustee, secured creditors in plan, and debtor, and a Certificate of No Response having been filed, and good cause having been shown,

IT IS ORDERED THAT:

1. The Fee Application is APPROVED; and

2. Compensation for professional service rendered in the amount of $2,500.00 and reimbursement of expenses, in the amount of $0, are ALLOWED, and the standing Trustee shall disburse the balance of fees due from the amount on hand of **$1,400.00** pursuant to the confirmed plan and costs of $0 directly to Michael A. Cohen, Esq., Counsel for Debtor.

DONE AND ORDERED this_____ day of_____, 2016.

_____

**Date: March 6, 2017**

HONORABLE Jean FitzSimon
UNITED STATES BANKRUPTCY JUDGE

copies:

| Michael A. Cohen, Esquire<br>2113 Snyder Ave<br>Philadelphia, PA 19145 | William C. Miller<br>Chapter 13 Standing Trustee<br>111 S. Independence Mall, Suite 583<br>Philadelphia, PA 19106 | U.S. Trustee<br>833 Chestnut St, Suite 500<br>Philadelphia, PA 19107 |
|---|---|---|